UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

      Plaintiff,

v.

                                  Case No. 24-cv-11106
                                  Honorable Linda V. Parker

UNIVERSITY OF DETROIT MERCY
SCHOOL OF DENSITRY *et al.*

      Defendants.
_____/

## ORDER FOR RESPONSE BRIEFING

This matter comes before the Court on Plaintiff's motion to proceed under a pseudonym. (ECF No. 2.) Defendants shall file a response to Plaintiff's motion in accordance with the following schedule:

| Defendants' Response Brief | Due: July 24, 2024 |
|---|---|
| Plaintiff's Reply Brief, if filed | Due: July 31, 2024 |

**SO ORDERED**

                                                    s/ Linda V. Parker
                                                    LINDA V. PARKER
                                                    U.S. DISTRICT JUDGE

Dated: July 12, 2024