# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**TYLER HALE,**

       *Plaintiff,*

   v.

**UNIVERSITY OF DETROIT MERCY SCHOOL OF DENTISTRY, and UNIVERSITY OF DETROIT MERCY,**

       *Defendants.*

**Civ. No. 2:24-cv-11106**

**Hon. Linda V. Parker**

**Mag. Curtis Ivy, Jr.**

## STIPULATED ORDER EXTENDING ALL CASE DEADLINES

Pursuant to Judge Parker's Practice Guidelines, Plaintiff Tyler Hale ("Plaintiff") and Defendants University of Detroit Mercy School of Dentistry and the University of Detroit Mercy (collectively "Defendants"), by and through their respective counsel of record, jointly stipulate to extend all case deadlines by approximately 60 days as follows:

| Event | Deadlines as Set Forth in the Scheduling Order (ECF No. 24) | New Stipulated Case Deadlines |
|---|---|---|
| Discovery Cut-Off | August 14, 2026 | October 12, 2026 |
| Dispositive Motion Cut-Off Filed By | September 25, 2026 | November 23, 2026 |

This Stipulation is made for good cause and not for the purpose of delay. The deadlines were previously extended less than 90-days from the original scheduling

order. Because the parties are in agreement with and have stipulated to the extension of time, no party will be prejudiced by this extension.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 13, 2026

Respectfully Submitted and Stipulated To:

| | |
|---|---|
| /s/ *Regina M. Federico* | /s/ *Blake C. Padget* |
| NESENOFF & MILTENBERG, LLP | BUTZEL LONG, a professional corporation |
| Andrew T. Miltenberg | Carey A. DeWitt (P36718) |
| 363 Seventh Avenue, Fifth Floor | Blake C. Padget (P82978) |
| New York, New York 10001 | 201 W. Big Beaver, Suite 1200 |
| (212) 736-4500 | Troy, Michigan 48084 |
| amiltenberg@nmllplaw.com | (248) 258-1616 |
| | dewitt@butzel.com |
| Tara J. Davis | padget@butzel.com |
| Regina M. Federico | *Attorneys for Defendants* |
| 101 Federal Street, Nineteenth Floor | |
| Boston, Massachusetts 02110 | |
| (617) 209-2188 | |
| tdavis@nmllplaw.com | |
| rfederico@nmllplaw.com | |

-and-                                                          Dated:  August 13, 2026

BOGAS & KONCIUS P.C.

/s/ *Brian E. Koncius*
Brian E. Koncius
31700 Telegraph Road, Suite 160
Bingham Farms, Michigan 48025
(248) 502-5000
bkoncius@kbogaslaw.com
*Attorneys for Plaintiff*

2
