**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **TYLER HALE,**<br>***Plaintiff,***<br>**v.**<br>**UNIVERSITY OF DETROIT MERCY SCHOOL OF DENTISTRY, and UNIVERSITY OF DETROIT MERCY,**<br>***Defendants.*** | **Civ. No. 2:24-cv-11106**<br>**Hon. Linda V. Parker**<br>**Mag. Curtis Ivy, Jr.** |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff Tyler Hale ("Plaintiff") and Defendants University of Detroit Mercy School of Dentistry and the University of Detroit Mercy (collectively "Defendants"), by and through their respective counsel of record, jointly move this Honorable Court to extend the current discovery deadline by 49 days (due to the Thanksgiving holiday) and the dispositive motion deadline by 45 days. In support of this Motion, the parties state as follows:

1. On September 18, 2025, the Court entered a Scheduling Order in this case setting the discovery cut-off as May 29, 2026, and the dispositive motion cut-off as July 10, 2026. (ECF No. 24, PageID.623.)

2. On June 4, 2026, the Court entered the parties' first Stipulated Order Extending All Case Deadlines, extending the discovery cut-off to August 14, 2026,

and the dispositive motion cut-off to September 25, 2026. (ECF No. 31, PageID.657.)

3. On August 13, 2026, the Court entered the parties' second Stipulated Order Extending All Case Deadlines, extending the discovery cut-off to October 12, 2026, and the dispositive motion cut-off to November 23, 2026. (ECF No. 33, PageID.671.)

4. Since that time, the parties have continued to work cooperatively and diligently to complete discovery.

5. The parties have nearly completed written discovery and continue to work through any issues to avoid unnecessary motion practice.

6. The parties are also working to schedule depositions, which has been delayed by the expected birth of a child for Defendants' counsel and the failing health of a close family member of Plaintiff's counsel.

7. A limited additional period is needed to complete the remaining discovery, including depositions, in an orderly and efficient manner.

8. The parties also require a limited additional period to permit the orderly preparation of any dispositive motions.

9. Accordingly, the parties jointly request that the discovery cut-off be extended by 49 days (due to the Thanksgiving holiday), from October 12, 2026 to November 30, 2026.

10. The parties further request that the dispositive motion cut-off be extended by 45 days, from November 23, 2026 to January 7, 2027.

11. These extensions are sought in good faith and not for the purpose of delay. No party would be prejudiced by the extensions.

12. This will be the final extension sought in this case.

13. Counsel for the parties have conferred and agreed to the requested extensions. The parties reasonably believe they can meet these proposed deadlines.

**PROPOSED REVISED SCHEDULE**

| Event | Current Case Deadlines (ECF No. 33) | Proposed Revised Deadlines |
|---|---|---|
| Discovery Cut-Off | October 12, 2026 | November 30, 2026 |
| Dispositive Motion Cut-Off Filed By | November 23, 2026 | January 7, 2027 |

**WHEREFORE**, Plaintiff and Defendants respectfully request that this Honorable Court enter an Order:

A. Extending the discovery cut-off by 49 days (due to the Thanksgiving holiday), from October 12, 2026 to November 30, 2026;

B. Extending the dispositive motion cut-off by 45 days, from November 23, 2026 to January 7, 2027; and

C. Making any other scheduling adjustments the Court deems necessary.

*[Signatures on the following page]*

Respectfully Submitted,

/s/ *Regina M. Federico*
NESENOFF & MILTENBERG, LLP
Andrew T. Miltenberg
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com

Tara J. Davis
Regina M. Federico
101 Federal Street, Nineteenth Floor
Boston, Massachusetts 02110
(617) 209-2188
tdavis@nmllplaw.com
rfederico@nmllplaw.com

-and-

BOGAS & KONCIUS P.C.

/s/ *Brian E. Koncius*
Brian E. Koncius
31700 Telegraph Road, Suite 160
Bingham Farms, Michigan 48025
(248) 502-5000
bkoncius@kbogaslaw.com
*Attorneys for Plaintiff*

Dated: October 7, 2026

/s/ *Blake C. Padget*
BUTZEL LONG, a professional corporation
Carey A. DeWitt (P36718)
Blake C. Padget (P82978)
201 W. Big Beaver, Suite 1200
Troy, Michigan 48084
(248) 258-1616
dewitt@butzel.com
padget@butzel.com
*Attorneys for Defendants*